# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERMARIE R. BARNES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-01441-JPG |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: March 4, 2025**

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
         Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE